# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>HUG, JR., PROCTER R. | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>04/28/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Bruce Thompson U.S. Courthouse<br>400 S. Virginia St., Suite 708<br>Reno, Nevada 89501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2009 APR 30 A 11:00 RECEIVED

Hug Jr_Procter_R

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 04/28/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 04/28/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 04/28/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Storey County Properties, Storey County, Nevada | G | Rent | M | W | | | | | (2) + Capital Gain |
| 2. West Coast Development, Tonopah, Nevada | D | Rent | L | W | | | | | (2) + Interest |
| 3. Brooktree Partners, Reno, Nevada | D | Rent | K | U | | | | | |
| 4. Flowers Escrow Real Estate Mortgage | A | Interest | N | T | | | | | |
| 5. UBS M/M Fund | B | Interest | P1 | T | | | | | Deposit from Sales |
| 6. Wachovia M/M Fund | B | Interest | L | T | | | | | |
| 7. Wells Fargo M/M Fund | E | Interest | O | T | | | | | |
| 8. Morgan Stanley Dean Witter Liquid Asset | A | Interest | J | T | | | | | |
| 9. Anchor Bank, Madison, WI CD | B | Interest | L | T | Buy | 12/2 | L | | |
| 10. Bank of America | A | Interest | M | T | | | | | |
| 11. Golman Sachs CD | B | Interest | L | T | Buy | 12/2 | L | | |
| 12. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 13. Nevada Housing Bonds | A | Interest | | | Redeemed | 4/1 | L | A | |
| 14. 3M Co. | A | Dividend | | | Sold | 11/19 | J | A | |
| 15. AT&T Corporation | A | Dividend | | | Sold | 11/19 | J | A | |
| 16. Advanced Medical Optics | A | Dividend | | | Sold | 11/19 | J | A | |
| 17. Alcatel-Lucent | A | Dividend | | | Sold | 11/19 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 04/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Alcoa | A | Dividend | | | Sold | 11/19 | J | A | |
| 19. Allergan, Inc. | A | Dividend | | | Sold | 11/19 | K | E | |
| 20. Allianz | A | Dividend | | | Sold | 11/19 | K | A | |
| 21. Allied Waste Industry | A | Dividend | | | Sold | 11/19 | K | A | |
| 22. Alvarion | A | Dividend | | | Sold | 11/19 | J | A | |
| 23. America Funds Investment | A | Dividend | | | Sold | 11/19 | J | A | |
| 24. Archer Daniels Mid. | A | Dividend | | | Sold | 11/19 | K | A | |
| 25. Berkshire Hathoway, Inc. | | None | | | Sold (part) | 11/19 | L | F | |
| 26. Berkshire Hathoway, Inc. Retained | | None | K | T | Spinoff (from line 25) | 11/19 | K | | |
| 27. Bob Evans Farms | A | Dividend | | | Sold | 11/19 | J | A | |
| 28. CNH Global NV | A | Dividend | | | Sold | 11/19 | J | A | |
| 29. Canadian National R.R. | A | Dividend | | | Sold | 11/19 | K | A | |
| 30. Canadian Pacific Railway | A | Dividend | | | Sold | 11/19 | J | A | |
| 31. Cheesecake Factory | A | Dividend | | | Sold | 11/19 | J | A | |
| 32. Citrix | A | Dividend | | | Sold | 11/19 | J | A | |
| 33. Conseco | A | Dividend | | | Sold | 11/19 | J | A | |
| 34. Continental Airlines | A | Dividend | | | Sold | 11/19 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 04/28/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Costco Companies | A | Dividend | | | Sold | 11/19 | K | E | |
| 36. Digimark Corporation | A | Dividend | | | Sold | 11/19 | J | D | |
| 37. Dupont | A | Dividend | | | Sold | 11/19 | J | A | |
| 38. Eastman Kodak | A | Dividend | | | Sold | 11/19 | J | A | |
| 39. Elan | A | Dividend | | | Sold | 11/19 | J | A | |
| 40. El Paso | A | Dividend | | | Sold | 11/19 | J | A | |
| 41. Employers Holding | A | Dividend | | | Sold | 11/19 | K | A | |
| 42. Energy Conv. Devices | A | Dividend | | | Sold | 11/19 | K | D | |
| 43. Ford Motor Notes | B | Interest | | | Sold | 11/19 | J | A | |
| 44. Franklin Utilities | A | Interest | | | Sold | 11/19 | J | C | |
| 45. Genentech | A | Dividend | | | Sold | 11/19 | K | A | |
| 46. Granite Construction Company | A | Dividend | | | Sold | 11/19 | J | A | |
| 47. Hitachi, Ltd. | A | Dividend | | | Sold | 11/19 | J | A | |
| 48. Ida Corporation | A | Dividend | | | Sold | 11/19 | K | A | |
| 49. Intel | A | Dividend | | | Sold | 11/19 | K | A | |
| 50. International Game Technology ("IGT") | A | Dividend | | | Sold | 11/19 | K | C | |
| 51. International Paper | A | Dividend | | | Sold | 11/19 | K | A | |

1. Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   E = $15,001 - $50,000
F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 - $250,000
N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 04/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Janus Fund | A | Dividend | J | T | | | | | (2) +Capital Gain |
| 53. Janus Twentieth Century | A | Dividend | J | T | | | | | (2) +Capital Gain |
| 54. Janus Venture | A | Dividend | J | T | | | | | (2) +Capital Gain |
| 55. Leucadia Nat'l | A | Dividend | | | Sold | 11/19 | L | A | |
| 56. Linear Technology Corporation | A | Dividend | | | Sold | 11/19 | K | C | |
| 57. Macy's | A | Dividend | | | Sold | 11/19 | K | A | |
| 58. Merck & Company | A | Dividend | | | Sold | 11/19 | L | D | |
| 59. Mercury General Corporation | A | Dividend | | | Sold | 11/19 | J | B | |
| 60. Microsoft | A | Dividend | | | Sold | 11/19 | J | A | |
| 61. Mirant Corp. | A | Dividend | | | Sold | 11/19 | J | A | |
| 62. Morgan Stanley Asia P. | A | Interest | | | Sold | 11/19 | K | A | |
| 63. NCR Corporation | A | Dividend | | | Sold | 11/19 | J | B | |
| 64. Neuberger Bernian Fund | A | Dividend | | | Sold | 11/19 | L | A | |
| 65. Newell Rubbermaid | A | Dividend | | | Sold | 11/19 | K | A | |
| 66. Newmont Mining Corporation | A | Dividend | | | Sold | 11/19 | J | A | |
| 67. Nuveen PFD | A | Dividend | | | Sold | 11/19 | K | A | |
| 68. Oppenheimer Rochester Nat'l. Muni Fund | E | Interest | | | Sold | 11/19 | O | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 04/28/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Owens Corning | A | Dividend | | | Sold | 11/19 | K | A | |
| 70. Pall Corporation | A | Dividend | | | Sold | 11/19 | J | A | |
| 71. Peets Coffee | A | Dividend | | | Sold | 11/19 | J | A | |
| 72. Pfiser | A | Dividend | | | Sold | 11/19 | K | D | |
| 73. Regis Corporation | A | Dividend | | | Sold | 11/19 | K | A | |
| 74. Royal Dutch Petroleum | A | Dividend | | | Sold | 11/19 | K | A | |
| 75. Sierra Pacific Resources | A | Dividend | | | Sold | 11/19 | J | A | |
| 76. Strats-T, AT&T PFD | A | Dividend | | | Sold | 11/19 | K | A | |
| 77. Time Warner | A | Dividend | | | Sold | 11/19 | K | A | |
| 78. UAL Corp. | A | Dividend | | | Sold | 11/19 | J | A | |
| 79. Waste Management | A | Dividend | | | Sold | 11/19 | J | A | |
| 80. Wells Fargo Stock | A | Dividend | | | Sold (part) | 11/19 | L | E | |
| 81. Wells Fargo Stock | A | Dividend | | | Spinoff (from line 80) | 11/19 | K | | |
| 82. Wyeth | A | Dividend | | | Sold | 11/19 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 04/28/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544